NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE APPLE INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 103

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0326, 10-CV-0248, and 09-CV-289, Judge Charles Everingham IV.

---

**ON PETITION**

---

**ORDER**

Apple Inc. submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its June 15, 2011 order denying transfer and to direct transfer to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

SimpleAir, Inc. is directed to respond no later than October 20, 2011.

FOR THE COURT

**OCT 0 5 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gregory Steven Arovas, Esq.
    John Jeffrey Eichmann, Esq.
    Clerk, United States District Court for the Eastern District Of Texas

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

CCT 0 5 2011

JAN HORBALY
CLERK